No. 13-3712

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Dec 03, 2014
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| CENTRAL OHIO COAL COMPANY,         ) | |
|       Petitioner,         ) | |
| v.         ) | O R D E R |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS; LARRY T. STERLING,         ) | |
|       Respondents.         ) | |

    This cause comes before the court upon an application by attorney Heath M. Long, counsel for Larry T. Sterling, for an award of attorney fees under Section 28 of the Longshore and Harbor Workers' Compensation Act, as amended, 33 U.S.C. § 928, as incorporated in the Black Lung Act, as amended, 30 U.S.C. § 932(a). Counsel has requested a total of $15,143.75 which includes 4.75 hours of Long's time at the rate of $250 per hour, and 50.75 hours of his time at the rate of $275 per hour. The petitioner has filed no objection to the fee application.

    Upon review of the application, the court finds that the request is justified in this case by counsel's qualifications, his expertise in the area of black lung law, and the issues presented before this court on appeal. Therefore, the court awards fees in the amount of $15,143.75.

                                            ENTERED BY ORDER OF THE COURT

                                            Deborah S. Hunt, Clerk